# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TRUST & VERIFY DATA PROTECTION LLC | |
| Plaintiff, | C.A. No.: 6:20-cv-862-ADA |
| v. | Patent Case |
| MCAFEE, LLC, | Jury Trial Demanded |
| Defendant. | |

## DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Trust & Verify Data Protection LLC files this motion to extend Defendant's time to answer, move or otherwise respond to the Complaint in this action to December 14, 2020.

Plaintiff filed its Complaint on September 21, 2020. The current deadline to answer is October 15, 2020. Defendant has requested, and Plaintiff has agreed, to a 60-day extension of this deadline up to and including December 14, 2020.

Plaintiff therefore respectfully requests the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to December 14, 2020.

Dated: October 14, 2020         Respectfully submitted,

                                                */s/  Isaac Rabicoff*
                                                Isaac Rabicoff
                                                **Rabicoff Law LLC**
                                                73 W Monroe Street
                                                Chicago, IL
                                                (773) 669-4590
                                                isaac@rabilaw.com

2

**Counsel for Plaintiff**
**Trust & Verify Data Protection LLC**

Case 6:20-cv-00862-ADA   Document 8   Filed 10/14/20   Page 2 of 3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 14, 2020, and it was served on counsel for Defendant via electronic mail.

/s/ *Isaac Rabicoff*
Isaac Rabicoff